239 U.S. 659
 36 S.Ct. 284
 60 L.Ed. 489
 COON RAPIDS NATIONAL BANK et al., Plaintiffs in Error,
v.
MAGGIE I. LEE,[1] Executrix, etc.
 No. 796.
 Supreme Court of the United States
 January 10, 1916
 
 1
 No appearance for plaintiffs in error.
 
 
 2
 Mr. A. B. Cummins and Mr. O. M. Brockett for defendant in error.
 
 
 3
 Docketed and dismissed with costs, pursuant to the Ninth Rule.
 
 
 
 [1]
 Death of Anderville Lee suggested, and appearance of Maggie I. Lee, as party in error herein, filed and entered on January 10, 1916.